**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00258-MR-WCM**

| | | |
|---|---|---|
| **ELLIOTT J. COPNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ANDREW SAUL,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss

Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure

[Doc. 11].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss

[Doc. 11] is **GRANTED**, and this civil action is hereby **DISMISSED WITH**

**PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure.

Signed: March 9, 2020

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge